Robert Teece, Jr., by Robert Teece, His Father and Next Friend, Appellee, v. Martin Bieber, Appellant.

Gen. No. 9,939.

opinion filed July 20, 1944; rehearing denied October 4, 1944. Thomas J. Welch and Vera M. Binks for appellant; J. P. Wilamoski, James B. Young and Gregg A. Young, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full.

People of State of Illinois ex rel. Lester F. Carson, Defendant in Error, v. Eli Cupi, Plaintiff in Error.

Gen. No. 9,957.

opinion filed July 20, 1944; opinion modified and rehearing denied October 3, 1944. John E. Dougherty and George W. Sprenger, for plaintiff in error; George F. Barrett, Attorney General and Lester F. Carson, State's Attorney, for defendant in error; Roy P. Hull, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full.